| | |
|---|---|
| Susheel Kirpalani<br>James C. Tecce<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010 | Matthew Scheck<br>**QUINN EMANUEL URQUHART**<br>**& SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017 |

*Proposed Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re: AVIANCA HOLDINGS S.A., et al.,

        Debtors.[1]
------------------------------------------------------------------x
AVIANCA HOLDINGS S.A., AEROVÍAS DEL
CONTINENTE AMERICANO S.A. AVIANCA,
TACA, INTERNATIONAL AIRLINES, S.A.,
AVIANCA COSTA RICA S.A., and TRANS
AMERICAN AIRLINES, S.A.,

        Plaintiffs,

        v.

USAVFLOW LIMITED and CITIBANK, N.A.,

        Defendants.
------------------------------------------------------------------x

Chapter 11

Case No. 20-11133 (MG)

(Jointly Administered)

Adv. Proc. No. 20-01244 (MG)

**NOTICE OF ADJOURNMENT OF OCTOBER 21, 2020 HEARING ON MOTION, PURSUANT TO 11 U.S.C. §§ 105(a), 362(a), AND 365(e), AND FED. R. BANKR. P. 7065, FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

[1]  The Debtors in these cases and their federal tax identification number (if applicable), are: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

**PLEASE TAKE NOTICE** that the hearing on the Motion, Pursuant to 11 U.S.C. §§ 105(a), 362(a), and 365(e), and Fed. R. Bankr. P. 7065, for a Temporary Restraining Order and Preliminary Injunction (ECF No. 2), previously scheduled to be heard on October 21, 2020 at 2:00 PM (the "**Hearing**") before the Honorable Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004, has been adjourned to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that, in the event the Hearing is re-scheduled, further notice of the time and date of the Hearing will be provided.

Dated:    October 20, 2020
         New York, New York

                                          Respectfully submitted,

                                        QUINN EMANUEL URQUHART
                                        & SULLIVAN, LLP

                                        By: /s/ *James C. Tecce*

                                        Susheel Kirpalani
                                        James C. Tecce
                                        Deborah J. Newman
                                        Nathan Goralnik
                                        Jordan Harap
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        Telephone: (212) 849-7000
                                        Facsimile: (212) 849-7100

                                        Matthew Scheck
                                        865 South Figueroa Street, 10th Floor
                                        Los Angeles, California 90017
                                        Telephone: (213) 443-3000
                                        Facsimile: (213) 443-3100

                                        *Proposed Special Litigation Counsel to the*
                                        *Debtors and Debtors-In-Possession*