**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| AVIANCA HOLDINGS S.A., *et al.*, | : | |
| | : | Case No. 20-11133 (MG) |
| Debtors.[1] | : | |
| _____ | : | (Jointly Administered) |
| | : | |
| AVIANCA HOLDINGS S.A., AEROVÍAS DEL CONTINENTE AMERICANO S.A. AVIANCA, TACA INTERNATIONAL AIRLINES S.A., AVIANCA COSTA RICA S.A., and TRANS AMERICAN AIRLINES S.A., | : | |
| | : | Adv. Pro. No. 20-01244 (MG) |
| Plaintiffs, | : | |
| v. | : | |
| USAVFLOW LIMITED and CITIBANK, N.A., | : | |
| Defendants. | : | |

------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned adversary proceeding is voluntarily dismissed with

---

[1] The Debtors in these cases, and each Debtor's federal tax identification number (to the extent applicable), are as follows: Avianca Holdings S.A. (N/A); Aero Transporte de Carga Unión, S.A. de C.V. (N/A); Aeroinversiones de Honduras, S.A. (N/A); Aerovías del Continente Americano S.A. Avianca (N/A); Airlease Holdings One Ltd. (N/A); America Central (Canada) Corp. (00-1071563); America Central Corp. (65-0444665); AV International Holdco S.A. (N/A); AV International Holdings S.A. (N/A); AV International Investments S.A. (N/A); AV International Ventures S.A. (N/A); AV Investments One Colombia S.A.S. (N/A); AV Investments Two Colombia S.A.S. (N/A); AV Taca International Holdco S.A. (N/A); Avianca Costa Rica S.A. (N/A); Avianca Leasing, LLC (47-2628716); Avianca, Inc. (13-1868573); Avianca-Ecuador S.A. (N/A); Aviaservicios, S.A. (N/A); Aviateca, S.A. (N/A); Avifreight Holding Mexico, S.A.P.I. de C.V. (N/A); C.R. Int'l Enterprises, Inc. (59-2240957); Grupo Taca Holdings Limited (N/A); International Trade Marks Agency Inc. (N/A); Inversiones del Caribe, S.A. (N/A); Isleña de Inversiones, S.A. de C.V. (N/A); Latin Airways Corp. (N/A); Latin Logistics, LLC (41-2187926); Nicaraguense de Aviación, Sociedad Anónima (Nica, S.A.) (N/A); Regional Express Américas S.A.S. (N/A); Ronair N.V. (N/A); Servicio Terrestre, Aereo y Rampa S.A. (N/A); Servicios Aeroportuarios Integrados SAI S.A.S. (92-4006439); Taca de Honduras, S.A. de C.V. (N/A); Taca de México, S.A. (N/A); Taca International Airlines S.A. (N/A); Taca S.A. (N/A); Tampa Cargo S.A.S. (N/A); Technical and Training Services, S.A. de C.V. (N/A); AV Loyalty Bermuda Ltd. (N/A); Aviacorp Enterprises S.A. (N/A). The Debtors' principal offices are located at Avenida Calle 26 # 59 – 15 Bogotá, Colombia.

prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), incorporated by reference in Federal Rule of Bankruptcy Procedure 7041, and the settlement agreement between the parties approved by the Court on March 18, 2021 [ECF No. 1480].

Dated: New York, New York
June 7, 2021

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *James C. Tecce*

James C. Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: jamestecce@quinnemanuel.com

*Special Litigation Counsel for Debtors and Debtors-in-Possession*

**WHITE & CASE LLP**

By: /s/ *Glenn M. Kurtz*

Glenn M. Kurtz
Scott Greissman
Joshua D. Weedman
Mark Franke
Brandon D. Batzel
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: gkurtz@whitecase.com
       sgreissman@whitecase.com
       jweedman@whitecase.com
       mark.franke@whitecase.com
       brandon.batzel@whitecase.com

*Counsel for USAV Secured Lender Group*

**KASOWITZ BENSON TORRES LLP**

By: /s/ *Sheron Korpus*

Sheron Korpus
David S. Rosner
David J. Mark
Andrew Golden
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: skorpus@kasowitz.com
       drosner@kasowitz.com
       dmark@kasowitz.com
       agolden@kasowitz.com

*Counsel for USAVflow Limited*

**LATHAM & WATKINS**

By: /s/ *Richard A. Levy*

Richard A. Levy
330 N. Wabash, Suite 2800
Chicago, IL
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: richard.levy@lw.com

*Counsel for Citibank, N.A.*